## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICKA RICHARDSON and LUIS A. SILVA,<br>On behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.; SUJOL, LLC d/b/a COVERALL OF SOUTHERN, NJ; and ABC CORPS. 1-10 and JANE & JOHN DOES 1-10,<br><br>Defendants. | Civ. A. No. 3:18-cv-00532-MAS-TJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties in the above-entitled action hereby stipulate and agree to dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear its own costs.

Dated: May 18, 2022

**So Ordered this 18th day of May, 2022.**
_____
**Honorable Michael A. Shipp, U.S.D.J.**

Respectfully submitted, Plaintiffs ERICKA RICHARDSON AND LUIS SILVA,

By: ___*/s/ Anthony Marchetti*___
Anthony L. Marchetti, Jr., Esq. (AM4302)
MARCHETTI LAW, P.C.
317 Delsea Drive
PO BOX 656
Sewell, NJ 08080
(856) 824-1001

fax: (267) 219-4838
amarchetti@marchettilawfirm.com

Shannon Liss-Riordan *pro hac vice*
Adelaide H. Pagano, *pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Email: sliss@llrlaw.com;
apagano@llrlaw.com

Dated: May 18, 2022

Respectfully submitted, Defendant COVERALL NORTH AMERICA INC.

   *s/ David Sager*
David Sager, Esq.
**DLA PIPER LLP**
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Tel: (973) 520-2570
Fax: (973) 215-2604
Email: David.Sager@dlapiper.com

Dated: May 18, 2022

Respectfully submitted, Defendant SUJOL LLC dba COVERALL OF SOUTHERN NEW JERSEY

   *s/ Justin Santagata*
Justin Santagata, Esq.
Decotiis, Fitzpatrick, Cole, and Giblin, LLP
90 East Halsey Road, Suite 385
Parsippany, New Jersey 07045
973-585-6254
Email: JSantagata@decotiislaw.com

## CERTIFICATE OF SERVICE

      This will certify that I served a copy of the foregoing document on all counsel, by ECF, on this date.

Dated: May 18, 2022

                                        */s/ Anthony Marchetti*
                                        Anthony L. Marchetti, Jr.